**Order entered September 24, 2018**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00075-CR

**WINTER KAY ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 16-30605-CC2-M**

## ORDER

Before the Court is the State's September 20, 2018 second motion to extend the time to file its brief. We **GRANT** the State's motion and **ORDER** the State's brief filed within **THIRTY DAYS** from the date of this order.

/s/    CRAIG STODDART
        JUSTICE